IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| DARLENE FLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 4:11-cv-0016 |
| | ) | |
| TYSON FOODS, INC., | ) | JUDGE LEE |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that all matters in controversy between Plaintiff Darlene Floyd and Defendant Tyson Farms, Inc. (hereafter "Tyson," incorrectly named "Tyson Foods, Inc." in the Complaint) have been compromised and settled, it is therefore

ORDERED that the action of Plaintiff against Tyson is DISMISSED with prejudice.

IT IS SO ORDERED.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

Approved for Entry:


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: s/ Carrie W. McCutcheon
Scott D. Carey, B.P.R. No. 15406
Carrie W. McCutcheon, B.P.R. No. 24805
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
(615) 726-7379
(615) 744-7379 (facsimile)
scarey@bakerdonelson.com
cmccutcheon@bakerdonelson.com

*Attorneys for Defendant Tyson Farms, Inc.*


/s/ Robert O. Bragdon w/ permission by
Carrie W. McCutcheon
Robert O. Bragdon, B.P.R. No. 17267
752 South Church Street
Murfreesboro, TN 37130
(615) 896-5600

*Attorney for Plaintiff Darlene Floyd*


## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was electronically filed on March 4, 2013. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

     Robert O. Bragdon
     752 South Church Street
     Murfreesboro, TN 37130

     s/ Carrie W. McCutcheon
     Carrie W. McCutcheon